Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho  83702
Phone:(208) 345-8700
Fax:  (208) 389-9449
Idaho Bar No. 2984
Attorney for Earthcraft Construction, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No.  21-00712 |
| | ) | |
| BLUE CIRCLE INVESTMENTS, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

To the Above Named Debtor:

    A Petition under Title 11, United States Code was filed against you in this Bankruptcy Court on the 8th day of December, 20201, requesting an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the Clerk of the Bankruptcy Court,  a motion or answer to the petition within 21 days after services of this Summons.  A copy of the Petition is attached.

    Clerk of the Court
    United States Bankruptcy Court for the District of Idaho
    550 West Fort Street, Suite 400
    Boise, ID 83724
    Phone:   (208) 334-1361
    Facsimile:   (208) 334-9362

At the same time, you must also serve a copy of your motion or answer on Petitioners' attorney:

    Gery W. Edson
    GERY W. EDSON, P.A.
    250 South Fifth Street, Suite 820
    P.O. Box 448
    Boise, ID 83701
    Telephone:   (208) 345-8700
    Facsimile:    (208) 389-9449
    Email:         gedson@gedson.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this Summons, the order for relief will be entered.

                                          STEPHEN W. KENYON, CLERK,
                                          UNITED STATES BANKRUPTCY COURT
                                          FOR THE DISTRICT OF IDAHO


Dated: _____               By_____
                                                      Deputy Clerk

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Idaho__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual 12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Blue Circle Investments, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   _____
   _____
   _____

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   8 2 – 5 4 5 7 9 0 2
   EIN

5. **Debtor's address**

   **Principal place of business**

   1336 Hill Rd. South
   Number    Street

   _____

   Melba                          ID    83641-5335
   City                           State  ZIP Code

   Canyon
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City           State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   _____
   City           State   ZIP Code

Official Form 205           Involuntary Petition Against a Non-Individual           page 1

Debtor _____Blue Circle Investments, LLC_____  Case number *(if known)*_____
      Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                             MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                             MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205              Involuntary Petition Against a Non-Individual              page 2

Debtor  **Blue Circle Investments, LLC**　　　　　Case number (if known) _____
　　　　Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| See attached | | $ _____ |
| | | $ _____ |
| | | $ _____ |
| | Total of petitioners' claims | $ 781,302.03 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| **Earthcraft Construction, Inc.** <br> Name | **Gery W. Edson** <br> Printed name |
| **2201 S. Sumac St.** <br> Number  Street | **GERY W. EDSON, PA** <br> Firm name, if any |
| **Boise**　　　**ID**　　**83706** <br> City　　State　ZIP Code | **P.O. Box 448** <br> Number  Street |
| **Name and mailing address of petitioner's representative, if any** | **Boise**　　　**ID**　　**83701** <br> City　　State　ZIP Code |
| **Jon Clark, President** <br> Name | Contact phone  208-345-8700　Email  gedson@gedson.com |
| **Same** <br> Number  Street | Bar number  2984 |
| _____ _____ _____ <br> City　　State　ZIP Code | State  Idaho |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on  12/7/2021 <br>　　　　　　MM / DD / YYYY | X _/s/ Gery Edson_____ <br> Signature of attorney |
| X _/s/ JC_____  President <br> Signature of petitioner or representative, including representative's title | Date signed  12-7-2021 <br>　　　　　　MM / DD / YYYY |

Official Form 205　　　Involuntary Petition Against a Non-Individual　　　page 3

Debtor **Blue Circle Investments, LLC**
_____ Name

Case number (if known) _____

---

Name and mailing address of petitioner

**Falcon Framers, LLC**
Name

**8324 W. Northview St., Suite 103**
Number    Street

**Boise**          ID    **83704**
City             State    ZIP Code

Name and mailing address of petitioner's representative, if any

**Aaron Snow, Manager**
Name

**Same**
Number    Street

_____    _____    _____
City       State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/17/2021**
             MM / DD / YYYY

X _[signature]_    **Owner/Manager**
Signature of petitioner or representative, including representative's title

---

**Michael N. Ysursa**
Printed name

**Ysursa Law, PLLC**
Firm name, if any

**5598 N. Eagle Rd., Suite 102**
Number    Street

**Boise**          ID    **83713**
City             State    ZIP Code

Contact phone **208-562-4107**   Email **mick@ysursalaw.com**

Bar number **8571**

State   **Idaho**

X _[signature]_
Signature of attorney

Date signed **11/17/2021**
            MM / DD / YYYY

---

Name and mailing address of petitioner

**Idaho Premier Stucco, LLC**
Name

**712 E. Fairview Ave., Suite 14**
Number    Street

**Meridian**      ID    **83642**
City             State    ZIP Code

Name and mailing address of petitioner's representative, if any

**Jessica Campbell**
Name

**Same**
Number    Street

_____    _____    _____
City       State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____    **Operations Manager**
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____    _____    _____
City       State      ZIP Code

Contact phone _____   Email _____

Bar number _____

State   _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor   Blue Circle Investments, LLC
         Name

Case number (if known) _____

**Name and mailing address of petitioner**

Falcon Framers, LLC
Name

8324 W. Northview Street, Suite 102
Number   Street

Bois              ID         8370
City              State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Aaron Snow, Manager
Name

2280 N. Maple Grove Rd.
Number   Street

Boise             ID         8370
City              State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____  Manager
Signature of petitioner or representative, including representative's title

Michael N. Ysursa
Printed name

Ysursa Law, PLLC
Firm name, if any

5598 N. Eagle Rd., Suite
Number   Street

Bois              ID         8371
City              State      ZIP Code

Contact phone  208-562-41   Email  mick@ysursalaw.com

Bar number _____

State      Idah

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

Idaho Premier Stucco, LLC
Name

712 E. Fairview Ave., Suite 14
Number   Street

Meridian          ID         83642
City              State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jessica Campbell
Name

Sam
Number   Street

_____  _____  _____
City          State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/17/2021
            MM / DD / YYYY

✗ *Jessica Campbell*   Operations
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____  _____  _____
City          State   ZIP Code

Contact phone _____  Email _____

Bar number _____

State      _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 4

| Debtor | Blue Circle Investments, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**

Name: Thorpe Fire Sprinkler Systems, Inc.

Number Street: 5017 W. Gage Street

City: Boise  State: ID  ZIP Code: 83706

**Name and mailing address of petitioner's representative, if any**

Name: Alicia Minichiello

Number Street: (Same as above)

City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/17/2021
MM / DD / YYYY

X /s/ Alicia Minichiello, Manager
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____
Contact phone: _____ Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed: _____
MM / DD / YYYY

---

**Name and mailing address of petitioner** [blank]

**Name and mailing address of petitioner's representative, if any** [blank]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/___

X _____ [crossed out]

[Second petitioner block crossed out with large X]

Official Form 205  Involuntary Petition Against a Non-Individual  page 4

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Earthcraft Construction, Inc. | Construction services | $680,441.13 |
| | Falcon Framers, LLC | Building framing | 82,803.89 |
| | Idaho Premier Stucco, LLC | Stucco siding | 8,961.64 |
| | Thorpe Fire Sprinkler Systems, Inc. | Fire suppression | 9,095.37 |
| | | Total of petitioners' claims | $781,302.03 |