Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho  83702
Phone:(208) 345-8700
Fax:  (208) 389-9449
Idaho Bar No. 2984
Attorney for Petitioning Creditor,
  Earthcraft Construction, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 21-00712 |
| | ) | |
| BLUE CIRCLE INVESTMENTS, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**CORPORATE OWNERSHIP STATEMENT**

COMES NOW, Gery W. Edson, attorney for Earthcraft Construction, Inc., Petitioning Creditor for Blue Circle Investments, LLC, and represents to the Court, the following:

1. That Blue Circle Investments, LLC, is an Idaho limited liability company which was formed on May 3, 2018, by organizers Paula C. Turner and Elaina Berti.

2. That the initial identified governors or members of Blue Circle Investments, LLC, were three Idaho limited liability companies identified as follows:

    a.    Azalea Renovations & Design, LLC
            Elaina Berti, Governor
            Brieana Weybright, Registered Agent
            Formed July 11, 2018

    b.    Daydream Designs, LLC
            Paula C. Turner, Governor/Registered Agent
            Formed February 23, 2016

    c.    Patriot Solutions, LLC
            Richard A. Smith, Governor/Manager/Registered Agent
            Formed May 15, 2018

CORPORATE OWNERSHIP STATEMENT - Page 1

3.  That counsel for Blue Circle Investments, LLC, is Joshua J. Leonard, CLARK WARDLE, 251 E. Front Street, Suite 301, P.O. Box 639, Boise, Idaho 83701; jleonard@clarkwardle.com.  Counsel has previously indicated his intent to accept service of the Summons and Involuntary Petition for the to-be-determined Debtor.

4.  That three Deeds of Trust have been filed against Debtors' single asset property as of early October, 2021, by individuals who are "insiders" within the definition of the Bankruptcy Code.

5.  That there are approximately ten known creditors having claims against the Debtor totaling in excess of $1 million, who include materialmen and contractors who performed work on the property which is the single asset of the Debtor entity.

6.  That Blue Circle Investments, LLC, is subject to a foreclosure action, which was scheduled for sale on February 7, 2022, to foreclose debts in excess of $1.4 million.  A second Notice of Sale has been issued with a sale date of April 7, 2022.

7.  That the Petitioning Creditor, Earthcraft Construction, Inc., was the construction manager for the improvements made on the property which is the single asset of the to-be-determined Debtor, and is aware of numerous mechanic and materialmen's liens, including that of Earthcraft Construction, Inc., which is proof that the claims and expenses incurred in the construction project are not being paid as they become due and are in serious default.

Dated this 8th day of December, 2021.

GERY W. EDSON, P.A.,

By /s/ Gery W. Edson
Gery W. Edson
Attorney for Petitioning Creditor,
Earthcraft Construction, Inc.

CORPORATE OWNERSHIP STATEMENT - Page 2