**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

In Re:

Blue Circle Investments, LLC,

          Debtor.

**DECLARATION OF SERVICE**

Case Number: 21-00712

For:
Gery W. Edson, P.A.
250 S. 5th St., Ste. 820
Boise, ID 83702

Received by Tri-County Process Serving LLC on December 22, 2021 to be served on **BLUE CIRCLE INVESTMENTS, LLC**.

**I, Antonio Roque, state that on Sunday, December 26, 2021, at 1:42 PM**, I served the within named **Blue Circle Investments, LLC** by delivering a true copy of the **Another Summons to Debtor in Involuntary Case, Involuntary Petition Against a Non-Individual** to Paula C. Turner, Registered Agent, a person authorized to accept service on behalf of Blue Circle Investments, LLC. Said service was effected at **1336 Hill Rd. S., Melba, ID 83641**.

Approximate description of Paula C. Turner
Female  58 years old,  5' 7" Tall,  150 lbs,  Blonde Hair,  Blue eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 193428
Client Reference:

Monday, December 27, 2021

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

ANTONIO ROQUE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 21-00712 |
| | ) | |
| BLUE CIRCLE INVESTMENTS, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ANOTHER SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

To the Above Named Debtor:

     A Petition under Title 11, United States Code was filed against you in this Bankruptcy Court on the 8th day of December, 20201, requesting an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

     YOU ARE SUMMONED and required to file with the Clerk of the Bankruptcy Court, a motion or answer to the petition within 21 days after services of this Summons. A copy of the Petition is attached.

     Clerk of the Court
     United States Bankruptcy Court for the District of Idaho
     550 West Fort Street, Suite 400
     Boise, ID 83724
     Phone: (208) 334-1361
     Facsimile: (208) 334-9362

ANOTHER SUMMONS TO DEBTOR IN INVOLUNTARY CASE - Page 1

At the same time, you must also serve a copy of your motion or answer on Petitioners' attorney:

>Gery W. Edson
>GERY W. EDSON, P.A.
>250 South Fifth Street, Suite 820
>P.O. Box 448
>Boise, ID 83701
>Telephone:    (208) 345-8700
>Facsimile:    (208) 389-9449
>Email:    gedson@gedson.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this Summons, the order for relief will be entered.

>STEPHEN W. KENYON, CLERK,
>UNITED STATES BANKRUPTCY COURT
>FOR THE DISTRICT OF IDAHO



United States Courts
District of Idaho
**ISSUED**
Lynette Parson
on Dec 22, 2021 8:23 am

ANOTHER SUMMONS TO DEBTOR IN INVOLUNTARY CASE - Page 2

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Idaho__
                                (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Blue Circle Investments, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   _____
   _____
   _____

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   8 2 – 5 4 5 7 9 0 2
   EIN

5. **Debtor's address**

   **Principal place of business**

   1336 Hill Rd. South
   Number    Street

   _____

   Melba                        ID    83641-5335
   City                         State  ZIP Code

   Canyon
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City          State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

| Debtor | Blue Circle Investments, LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

---

**6. Debtor's website** (URL)  _____

---

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
❏ Partnership (excluding LLP)
❏ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❏ Railroad (as defined in 11 U.S.C. § 101(44))
❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
❏ None of the types of business listed.
❏ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
❏ Yes. Debtor _____  Relationship _____

  District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

  Debtor _____  Relationship _____

  District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

---

### Part 3:   Report About the Case

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

❏ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

❏ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
❏ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor **Blue Circle Investments, LLC**    Case number (if known) _____
       Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| See attached | | $ _____ |
| | | $ _____ |
| | | $ _____ |
| | Total of petitioners' claims | $ 781,302.03 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:    Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| **Earthcraft Construction, Inc.** | **Gery W. Edson** |
| Name | Printed name |
| **2201 S. Sumac St.** | **GERY W. EDSON, PA** |
| Number    Street | Firm name, if any |
| **Boise**         **ID**    **83706** | **P.O. Box 448** |
| City    State    ZIP Code | Number    Street |
| | **Boise**    **ID**    **83701** |
| | City    State    ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | |
| **Jon Clark, President** | Contact phone  **208-345-8700**   Email **gedson@gedson.com** |
| Name | |
| **Same** | Bar number  **2984** |
| Number  Street | |
| | State  **Idaho** |
| City    State    ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on  **12/7/2021** | X  _/s/ Gery Edson_ |
|        MM / DD / YYYY | Signature of attorney |
| X  _/s/ Jon Clark_        **President** | Date signed  **12-7-2021** |
| Signature of petitioner or representative, including representative's title |     MM / DD / YYYY |

Official Form 205              Involuntary Petition Against a Non-Individual              page 3

Debtor  **Blue Circle Investments, LLC**
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Falcon Framers, LLC
Name

8324 W. Northview St., Suite 103
Number    Street

Boise                              ID        83704
City                              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Aaron Snow, Manager
Name

Same
Number    Street

_____
City                State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/17/2021
              MM / DD / YYYY

X _____  Owner/Manager
Signature of petitioner or representative, including representative's title

Michael N. Ysursa
Printed name

Ysursa Law, PLLC
Firm name, if any

5598 N. Eagle Rd., Suite 102
Number    Street

Boise                              ID        83713
City                              State     ZIP Code

Contact phone  208-562-4107    Email  mick@ysursalaw.com

Bar number  8371

State  Idaho

X _____
Signature of attorney

Date signed  11/17/2021
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Idaho Premier Stucco, LLC
Name

712 E. Fairview Ave., Suite 14
Number    Street

Meridian                           ID        83642
City                              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jessica Campbell
Name

Same
Number    Street

_____
City                State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
              MM / DD / YYYY

X _____  Operations Manager
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

_____
City                State     ZIP Code

Contact phone  _____    Email  _____

Bar number  _____

State  _____

X _____
Signature of attorney

Date signed  _____
              MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

| Debtor | Blue Circle Investments, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**

Falcon Framers, LLC
*Name*

8324 W. Northview Street, Suite 102
*Number    Street*

Bois                          ID           8370
*City*                        *State*      *ZIP Code*

**Name and mailing address of petitioner's representative, if any**

Aaron Snow, Manager
*Name*

2280 N. Maple Grove Rd.
*Number    Street*

Boise                         ID           8370
*City*                        *State*      *ZIP Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD / YYYY

✗ _____  Manager
Signature of petitioner or representative, including representative's title

Michael N. Ysursa
*Printed name*

Ysursa Law, PLLC
*Firm name, if any*

5598 N. Eagle Rd., Suite 102
*Number    Street*

Bois                          ID           8371
*City*                        *State*      *ZIP Code*

Contact phone  208-562-4127   Email  mick@ysursalaw.com

Bar number  _____

State       Idah

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Idaho Premier Stucco, LLC
*Name*

712 E. Fairview Ave., Suite 14
*Number    Street*

Meridian                      ID           83642
*City*                        *State*      *ZIP Code*

**Name and mailing address of petitioner's representative, if any**

Jessica Campbell
*Name*

Sam
*Number    Street*

_____
*City*        *State*    *ZIP Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/17/2021
             MM  / DD / YYYY

✗ *Jessica Campbell*    Operations
Signature of petitioner or representative, including representative's title

_____
*Printed name*

_____
*Firm name, if any*

_____
*Number    Street*

_____
*City*        *State*    *ZIP Code*

Contact phone  _____  Email  _____

Bar number  _____

State       _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Official Form 205              Involuntary Petition Against a Non-Individual              page 4

Debtor   **Blue Circle Investments, LLC**
Name

Case number *(if known)* _____

**Name and mailing address of petitioner**

**Thorpe Fire Sprinkler Systems, Inc.**
Name

**5017 W. Gage Street**
Number   Street

**Boise**        **ID**     **83706**
City             State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Alicia Minichiello
Name

(Same as above)
Number   Street

_____
City         State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11 / 17 / 2021
            MM / DD / YYYY

✗ Alicia Minichiello  Manager
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____  State ____  ZIP Code ____

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
          MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City        State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
          MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____  State ____  ZIP Code ____

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
          MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Earthcraft Construction, Inc. | Construction services | $680,441.13 |
| | Falcon Framers, LLC | Building framing | 82,803.89 |
| | Idaho Premier Stucco, LLC | Stucco siding | 8,961.64 |
| | Thorpe Fire Sprinkler Systems, Inc. | Fire suppression | 9,095.37 |
| | | Total of petitioners' claims | $781,302.03 |