**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE:<br><br>**BLUE CIRCLE INVESTMENTS, LLC**<br><br>Debtor. | **CHAPTER 11**<br>Subchapter V<br><br>**Case No. 21-00712-NGH** |

### ORDER SETTING TIME FOR CONFIRMATION HEARING AND FOR VOTING ON DEBTOR'S CHAPTER 11 PLAN AND SETTING

The Debtor, Blue Circle Investments, LLC, filed its Chapter 11 Plan on May 27, 2022 (Docket No. 72 – the "Plan"), which the Debtor is requesting the Court to confirm.

IT IS HEREBY ORDERED, and notice is hereby given that:

1. **July 25, 2022** is fixed for the hearing on confirmation of the Plan. The confirmation hearing will be held at 1:30 PM before the Honorable Noah G. Hillen. This hearing shall be held telephonically. Parties shall call the number below at least ten (10) minutes prior to the start of the hearing and place their phones on mute until the hearing begins. The conference call information is as follows:

The Conference Number is: 1-669-254-5252

Meeting ID: 160-5422-0978

2. **July 18, 2022** is fixed as the last day for filing written acceptances or rejections of the Plan by ballot ("Ballot Deadline"). All ballots must be returned to the plan proponent on or before the Ballot Deadline pursuant to Bankruptcy Rule 3018.1 at the following address:

>Alexandra Caval
>CAVAL LAW OFFICE, P.C.
>P.O. Box 1716
>Twin Falls, ID 83303-1716
>Fax: (208) 733-3919
>Email: alex@cavallawoffice.com

3. **July 18, 2022** is fixed as the last day for filing and serving, pursuant to F.R.B.R. 3020(b)(1), written objections to confirmation of the Plan and any objections must be sent to the U.S. Bankruptcy Court, 550 W. Fort Street, Boise, ID 83724 and to Alexandra Caval, counsel for the Debtor, P.O. Box 1716, Twin Falls, ID 83303-1716.

4. **July 20, 2022** is fixed as the date that the Debtor shall file the ballots and the ballot summary required by LBR 3018.1.

5. Within three (3) days of the entry of this Order, the Debtor shall serve a copy of this Order, the Chapter 11 Plan, and a ballot for accepting or rejecting the Plan for Reorganization on all creditors, United States Trustee, the Subchapter V trustee, and other parties in interest as required by F.R.B.P. 3017(d). //end of text//

DATED: June 15, 2022



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

Order submitted by:

*Alexandra Caval*
Attorney for the Debtor

Approved as to form:

*/s/ Brett Cahoon (via email authorization 6/7/22)*
Brett Cahoon
Attorney for the US Trustee

*/s/ Matt Grimshaw (via email authorization 6/13/2022)*
Matt Grimshaw
Subchapter V trustee

*/s/ Gery Edson (via email authorization 6/9/22 after all other signatures obtained)*
Gery Edson
Attorney for Earthcraft & Idaho Premiere Stucco

*/s/ Sam Diddle (via email authorization 6/9/22)*
Sam Diddle
Attorney for Franklin Building

*/s/ Mark Perison (via email authorization 6/13/22)*
Mark Perison
Attorney for OCF/LAP

*/s/ Mick Ysursa (via email authorization 6/14/22)*
Mick Ysursa
Attorney for Falcon Framers